IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta
OCT 05 2017
James N. Hatten, Clerk
By: /s/ M Carter, Deputy Clerk

RAMON ALVAREZ-SANCHEZ,

 Movant

v.

UNITED STATES OF AMERICA,

 Respondent

CRIMINAL ACTION NO.
1:03-CR-493-24-ODE-AJB

CIVIL ACTION NO.
1:17-3014-ODE-AJB

ORDER

This pro se 28 U.S.C. § 2255 case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Alan J. Baverman filed August 24, 2017 [Doc. 2640] ("R&R"). No objections have been filed.

In the R&R, Judge Baverman recommends that this action be dismissed as impermissibly successive. Specifically, Judge Baverman found that Movant's petition is his fourth such petition which this Court cannot consider because Movant failed to obtain authorization from the United States Court of Appeals for the Eleventh Circuit for consideration of a second or successive § 2255 petition.[1]

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Movant's petition [Doc. 2639] is DISMISSED and Civil Action Number 1:17-CV-3014-ODE-AJB is DISMISSED.

---

[1] After the R&R was issued, the Court of Appeals denied Movant's application for leave to file a second or successive motion [see Doc. 2642].

SO ORDERED, this  5  day of October, 2017.

                                          _____  
                                          ORINDA D. EVANS  
                                          UNITED STATES DISTRICT JUDGE